**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

**UNITED STATES OF AMERICA**

-vs-                                                          Case No.   3:21-mj-1015-JRK

**RUSSELL LEROY CALVIN**                          Defense Atty: None Present
                                                          AUSA: Michael Coolican, Esquire

| JUDGE | James R. Klindt U. S. Magistrate Judge | DATE AND TIME | 1/12/2021 3:55 p.m. – 4:17 p.m. |
|---|---|---|---|
| DEPUTY CLERK | Megan Chaddock | TAPE/ REPORTER | Digital |
| INTERPRETER | None Present | PRETRIAL/ PROBATION | Daniel Dumpit |

CLERK'S MINUTES

**PROCEEDINGS:**     **INITIAL APPEARANCE RULE 5(c)(3)**

Defendant arrested today on a warrant issued out of the Western District of North Carolina and brought to Court today.

Defendant advised of rights, charges, penalties, special assessment, and forfeiture provision.

Defendant requested court appointed counsel. Defendant placed under oath and questioned regarding financial condition. Court will appoint Darcy D. Galnor, Esquire. **Order to enter**.

Defendant advised of his right to an identity hearing and Rule 20 Transfer Provision.

Government's motion for detention.

[Continued to Page Two]

United States v. Russell Leroy Calvin
Case No.: 3:21-mj-1015-JRK
Page Two

_____

The Government's oral motion to continue the detention hearing, with no objection from Defendant, is **GRANTED.**

Detention and Identity hearings set for **Thursday, January 14, 2021, at 3:00 p.m.**

**Order of Temporary Detention to enter.**